IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
) Case No.: Cr-08-271 (RCL)
v. )
) Let this be filed.
Allan Joseph Tanguay, ) Royce C. Lamberth
) U.S.D.J. 1/28/2021
Defendant. )
)

RECEIVED Mail Room JAN 11 2021 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Allan Joseph Tanguay, pro se Movant, respectfully moves this Court for an order granting early termination of supervised release. Pursuant to Title 18 U.S.C. Sec. 3583(e)(1), the Court may modify the condition of probation and terminate a term of supervised release any time after the expiration of one year of supervised release, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. Movant has complied with the conditions set forth in Title 18 U.S.C. Sec. 3553(a) and respectively submits that early termination is

warranted in this case.

Movant was convicted of conspiracy to impede the lawful collection of taxes and mail fraud. Movant has not engaged in any of the historical events of the past that lead him into this present situation and has no interest in those past activities. His present life now revolves around his family and ministries.

Movant received a sentence of ten years, three years of supervised release, and a $25,000 fine. Movant has remained current and timely with monthly payments to the Court for the fine as the bank automatically sends the payment each month and will continue to do so until the fine is

1

Movant served eight years and six months, or 85% of his sentence, was released to the half way house in January of 2018, and released for supervised release in July of 2018. The ten year sentence was fulfilled on November 1, 2020. He has served nearly one and a half years of the three year probation period fulfilling the mandatory one year requirement. The conditions of supervised release were that he does not exceed the designated boundary limitation outside of central Florida without permission from the probation officer, not engage in any criminal activity, report to the probation officers when required, fulfill all requests made by them, and remain current with the payments for the fine. All these conditions have been complied with and Movant is in good standing with the probation officers. Movant was not involved in a crime of violence, has no previous criminal history, and is no threat whatsoever to society.

Movant was released to supervision in July of 2018, and was given permission by probation officer, Kristi Listle, and her supervisor, David Lubinski, to travel to Minnesota in August of 2018. He was also given permission to travel to Indiana in October of 2018. Movant has been completely compliant with the terms of the supervised release program and has maintained a flawless relationship with his probation officers, Kristi Listle and Thomas Sanders, located in Cocoa, Florida.

Ms. Listle explained to him that the statutory purpose of supervised release was not for punishment but rather to ease one's transition back into the community. An early transition was successful for Movant due to the instant acceptance and encouragement he received from his family, his church, and his community. Because of the ease of his transition, she encouraged him to apply for early termination from supervised release.

Movant and his wife are settled in an older but nice manufactured home in a mostly elderly community. Many of their children, grandchildren and great grandchildren live close by and the grandchildren love to come over and spend time with them. They are attending the church they joined some 35 years ago and he was immediately enjoined by past ministry groups to become involved as before, and was instantly welcomed by his friends in the community. Within a few months it was as though he had never left. Having been engaged for nearly a year and a half in positive family and social activities along with his ministries he is no longer in need of supervision services. Movant is, however, thankful for the leadership, direction, understanding, and encouragement he received from the probation officers.

Upon release from supervision, Movant will be able to participate in his flying ministry with Air Mobile Ministries, and will, once again, be able to conduct missionary flights to Haiti, the Bahamas and other regions when needed.

At this time, Movant has served over 12 years of incarceration and supervised release and prays that this Court will grant early termination of supervised release so he can freely travel to visit family members and to fully participate in his previous ministries.

Thank you for your consideration in this very important matter.

Dated: December 29, 2020

Sincerely,

Allan Joseph Tanguay

Attachments: Letters from,
Joe Hurston, President of Air Mobile Ministries and Pastor Neil Lacy, of Recovery Church

CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2020, I mailed a true and correct copy of this Motion For Early Termination Of Supervised Release, by first class mail with the USPS to the following:

DOJ Tax Division
Attn: Jeffrey McLellan
601 D Street NW
Washington, DC 20004

DOJ Tax Division
Attn: Melissa Siskind
P.O. Box 972
Washington, DC 20044

DOJ Tax Division
Attn: Tino Lisella
P.O. Box 972
Washington, DC 20044

Allan Joseph Tanguay
4332 Sailfish Circle
Edgewater, Florida 32141



# REFERENCE LETTER

December 12, 2020

To:  Chief Judge, Federal District Court for Washington DC
Attn:  The Honorable Judge Royce Lamberth

Subject:  Letter of Reference for Allan Joseph Tanquay

Dear Judge Lamberth:

I am writing you in behalf of a dear friend and Brother in Christ, Allan Tanquay.

I first met Allan in 1992.  He volunteered on a number of Air Mobile missions into the Bahamas to bring relief to needy people.

I was immediately struck by Allan's attention to detail and professional approach to flying.

Allan served in the U.S. Army in Viet Nam and had gained tremendous experience, especially in difficult situations.

I recall when Air Mobile had an aircraft crash in the Bahamas.  Allan immediately sprung into action and helped to rescue the occupants of our aircraft. Again, Allan knew what to do and likely saved the lives of our team members.  We are ever grateful that Allan was on that mission.

Allan has offered to assist our mission time and time again.  His attitude and spirit to serve others is exemplary.

Your Honor, do not hesitate to contact me if you have any additional questions.  Allan is a good man and has heart to serve others.  God bless you!!

Sincerely,

Joe Hurston
President – Air Mobile Ministries

**AIR MOBILE MINISTRIES**
P.O. Box 406
Sneedville, TN  37869
www.airmobile.org~airmobilejoe@gmail.com
Office: 321-544-7757



**RECOVERY CHURCH**

SOUTHEAST VOLUSIA

**OAK HILL**

December 14, 2020

Re: Allan Tanguay

To Whom It May Concern,

I have had the privilege of knowing Allan Tanguay for more than twenty-five (25) years. When I moved to New Smyrna Beach Florida in 1992 as the senior pastor of First United Methodist Church, my wife and I were part of a local renewal ministry "Lighthouse Via De Cristo'. We met Allan and his wife Carol through this ministry and they impressed us as a mature Christian couple. We became friends and their youngest son, Christopher, attended the youth group at First United Methodist Church. Through this relationship we have had occasion to share in the struggles of raising teenagers together. Chris spent many hours at the Methodist parsonage interacting with our teenagers and is remembered with fondness more than 20 years later.

I have since retired from the Methodist church but continue in ministry. Allan has been a good friend and I could not commend him with higher affirmation and commendation.

Sincerely,

Pastor Neil Lacy

Neil Lacy
Pastor

P. O. Box 281, Oak Hill, FL. 32759; (386) 314-7865